SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile:  (310) 943-2315

Attorneys for Defendant
SORMA USA LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOBBS CONTAINER COMPANY, INC., a California Corporation;<br><br>        Plaintiff,<br><br>    vs.<br><br>SORMA USA LLC, a Nevada Limited Liability Company; et al.,<br><br>        Defendants. | **CASE NO. 1:14-CV-01783—BAM**<br>Assigned to Crtm: #8<br>Hon. Barbara A. McAuliffe (Magis.)<br><br>**STIPULATION AND ORDER RE FILING OF RESPONSIVE PLEADINGS.**<br><br>Trial Date: None set. |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Counsel for Plaintiff HOBBS CONTAINER COMPANY, INC. ("Plaintiff") and counsel for defendants SORMA USA LLC ("SORMA USA LLC"), SORMA USA INC. ("SORMA USA SPA") and ANDREA MERCADINI ("Mr. Mercadini") (collectively, "Defendants") stipulate and agree to the following:

1) **WHEREAS**, Plaintiff SORMA USA LLC has removed the instant action to the United States District Court for the Eastern District of California;

2) **WHEREAS**, the Court has, *sua sponte*, continued the Initial Scheduling Conference from February 26, 2015 to April 6, 2015;

///

3) **WHEREAS**, the Court has set a Status Conference for March 11, 2015, where it is anticiapted to

review the status of removal and service of process on the named defendants;

4) **WHEREAS**, in the interest of judicial efficiency and economy, the parties have agreed to postpone the filing of Defendants' responsive pleadings until (1) after the Court has had an opportunity to rule on SORMA USA LLC's removal, and (2) after the Status Conference, in preparation of which the parties will collaborate and submit a Joint Scheduling Conference Statement forthwith;

5) **WHEREAS**, the parties will continue to explore non-judicial resolution in the form of mediation.

**IT IS SO STIPULATED.**

DATED: March 2, 2015                MASSERAT LAW GROUP


                                    By: /s/ Sassan Masserat
                                    Sassan Masserat, Esq.
                                    Attorneys for Defendants

DATED: March 2, 2015                WILLIAMS, BRODERSEN & PRITCHETT LLP


                                    By: /s/ Steven R. Williams
                                    Steven R. Williams, Esq.
                                    Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED**.

    1.      Defendants shall file their responsive pleading(s) to the original complaint by no later than May 6, 2015;

    2.      The **Telephonic Status Conference for March 11, 2015 at 9:30 a.m.** before Judge McAuliffe, remains on calendar.

IT IS SO ORDERED.

Dated:   **March 4, 2015**                         /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE