SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile:  (310) 943-2315

Attorneys for Defendant
SORMA USA LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| HOBBS CONTAINER COMPANY, INC., a California Corporation;<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SORMA USA LLC, a Nevada Limited Liability Company; et al.,<br><br>　　Defendants. | **CASE NO. 1:14-CV-01783—JAM-BAM**<br>Assigned to Crtm: #6<br>Hon. John A. Mendez<br><br>**STIPULATION TO CONTINUE HEARING(S) ON PLAINTIFF'S MOTIONS; AND ORDER THEREON.**<br><br>Trial Date: None set. |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

　　Counsel for Plaintiff HOBBS CONTAINER COMPANY, INC. ("Plaintiff") and counsel for defendant SORMA USA LLC ("Defendant"), stipulate and agree to the following:

1) **WHEREAS**, Defendant SORMA USA LLC's (i) Motion to Dismiss the Complaint (pursuant to FRCP 12(b)(6)), (ii) Motion to Disqualify Plaintiff's Counsel are set to be heard on June 17, 2015, at 9:30 a.m.;

2) **WHEREAS**, the parties have agreed to explore non-judicial resolution in the form of private mediation;

3) **WHEREAS**, in the interest of judicial efficiency and economy, and in order to allow the parties to engage in private mediation, the parties have agreed to  continue the hearing(s) on the above-

enumerated motions to September 16, 2015 at 9:30 a.m., setting the filing of Defendant's Reply briefs in support of such motions on or before June 30, 2015;

**IT IS SO STIPULATED.**

DATED: June 10, 2015                    MASSERAT LAW GROUP

By:__/s/_____
Sassan Masserat, Esq.
Attorneys for Defendant SORMA USA LLC

DATED: June10, 2015                     DOWLING AARON INCORPORATED

By:___/s/_____
Kenton J. Klassen, Esq.
Attorneys for Plaintiff HOBBS
CONTAINER COMPANY, INC.

## **ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

1. SORMA USA LLC's pending motions (i) to dismiss the complaint, (ii) to disqualify counsel are continued to September 16, 2015 at 9:30 a.m.;

2. Defendant's Reply Briefs are to be filed on or before June 30, 2015;

Dated:  6/10/2015         /s/ John A. Mendez_____
                          Hon. John A. Mendez
                          United States District Court Judge

**STIPULATION TO CONTINUE HEARINGS; AND [PROPOSED] ORDER THEREON**