SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile:  (310) 943-2315

Attorneys for Defendant
SORMA USA LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| HOBBS CONTAINER COMPANY, INC., a California Corporation;<br><br>    Plaintiff,<br><br>    vs.<br><br>SORMA USA LLC, a Nevada Limited Liability Company; et al.,<br><br>    Defendants. | **CASE NO. 1:14-CV-01783—JAM-BAM**<br>Assigned to Crtm: #6<br>Hon. John A. Mendez<br><br>**STIPULATION TO CONTINUE HEARING(S) ON PLAINTIFF'S MOTIONS; AND ORDER THEREON.**<br><br>Trial Date: None set. |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Counsel for Plaintiff HOBBS CONTAINER COMPANY, INC. ("Plaintiff") and counsel for defendant SORMA USA LLC ("Defendant"), stipulate and agree to the following:

1) **WHEREAS**, Defendant SORMA USA LLC's (i) Motion to Dismiss the Complaint (pursuant to FRCP 12(b)(6)), (ii) Motion to Strike Portions of Complaint, and (iii) Motion to Disqualify Plaintiff's Counsel are presently set to be heard on September 16, 2015, at 9:30 a.m.;

2) **WHEREAS**, the parties have agreed to explore non-judicial resolution in the form of private mediation but have been unable to reserve their preferred mediator;

3) **WHEREAS**, in the interest of judicial efficiency and economy, and in order to allow the parties to engage in private mediation, the parties have agreed to continue the hearing(s) on the above-

enumerated motions to January 12, 2016 at 1:30 p.m.;

**IT IS SO STIPULATED.**

DATED: August 25, 2015                              MASSERAT LAW GROUP

By: /s/ Sassan Masserat
Sassan Masserat, Esq.
Attorneys for Defendant SORMA USA LLC

DATED: August 25, 2015                              DOWLING AARON INCORPORATED

By: /s/ Kenton J. Klassen
Kenton J. Klassen, Esq.
Attorneys for Plaintiff HOBBS
CONTAINER COMPANY, INC.

## **ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

SORMA USA LLC's pending motions (i) to dismiss the complaint, (ii) to strike portions of the Complaint, (iii) to disqualify counsel are continued to January 12, 2016 at 1:30 p.m.;

DATED:  8/26/2015

/s/ John A. Mendez
U. S. District Court Judge

---

2

**STIPULATION TO CONTINUE HEARINGS; AND [PROPOSED] ORDER THEREON**