1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   HOBBS CONTAINER COMPANY,            No.  1:14-CV-01783 JAM-BAM
     INC., a California
12   Corporation,

13              Plaintiff,             **ORDER TO SHOW CAUSE RE DIVERSITY
                                       JURISDICTION**
14        v.

15   SORMA USA, LLC, a Nevada
     Limited Liability Company, et
16   al.,

17              Defendants.

18

19        Defendant Sorma USA, LLC is ordered to show cause as to why

20   removal of this action on diversity grounds was proper.  An LLC

21   is a citizen of every state in which its owners/members are

22   citizens.  Johnson v. Columbia Props Anchorage, LP 437 F.3d 894,

23   899 (9th Cir. 2006).  Defendant did not identify the

24   owners/members of Sorma USA, LLC or where these owners/members

25   reside in its Notice of Removal.  Absent such information, the

26   Court is unable to determine whether diversity between the

27   parties exists in this case.  As the removing Defendant, Sorma

28   USA, LLC has the burden of proving diversity jurisdiction exists.

                                     1

Accordingly, Sorma USA, LLC is ordered to file a written response to this Order to Show Cause no later than Thursday, January 7, 2016 demonstrating that this Court does, in fact, have jurisdiction to hear the motions on calendar next Tuesday, January 12, 2016.

IT IS SO ORDERED.

Dated:  January 5, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE