# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| HOBBS CONTAINER COMPANY, INC., a California Corporation,<br><br>　　　　　　　　　Plaintiff (s),<br><br>　　　　　　　V.<br><br>SORMA USA LLC, a Nevada Limited Liability Company; et al.<br><br>　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br><br><br>**CASE NUMBER:** 1:14-CV-01783-JAM-BAM |

Notice is hereby given that, subject to approval by the court, HOBBS CONTAINER COMPANY, INC., a California Corporation, substitutes
(Party (s) Name)

Kenton J. Klassen / Law Office of Kenton J. Klassen , State Bar No. 124118 as counsel of record in place
(Name of New Attorney)

place of   Kenton J. Klassen / Dowling Aaron Incorporated                                           .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　　Firm Name:        Law Office of Kenton J. Klassen

　　　Address:           8050 North Palm Avenue, Suite 300, Fresno, CA  93711

　　　Telephone:        (559) 389-5080                          Facsimile  (559) 389-5900

　　　E-Mail (Optional):  kklassenlaw@gmail.com

I consent to the above substitution.　　　　　　　　　　　HOBBS CONTAINER COMPANY, INC., a California Corporation

Date:   January 8, 2016                                              /s/ Bradley S. Hobbs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.　　　　　　　　　　　　　Dowling Aaron Incorporated by David D. Schneider

Date:   January 11, 2016                                             /s/ David D. Schneider
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   January 8, 2016                                              /s/ Kenton J. Klassen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   1/13/2016                                                    /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Court Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**