SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile:  (310) 943-2315

Attorneys for Defendant
SORMA USA LLC

KENTON J. KLASSEN, SBN 124118
**LAW OFFICE OF KENTON J. KLASSEN**
8050 North Palm, Suite 300
Fresno, CA  93711
Telephone: (559) 389-5080
Facsimile:  (559) 389-5900
kklassenlaw@gmail.com

Attorney for Plaintiff HOBBS CONTAINER COMPANY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| HOBBS CONTAINER COMPANY, INC., a California Corporation;<br><br>   Plaintiff,<br><br>vs.<br><br>SORMA USA LLC, a Nevada Limited Liability Company; SORMA USA INC., a California Corporation; ANDREA MERCADINI, an individual; DIEGO TAPPARELLI, an individual; and DOES 1 through 500, inclusive,<br><br>   Defendants. | **CASE NO. 1:14-CV-01783—JAM-BAM**<br>Assigned to Courtroom #6<br>Hon. John A. Mendez<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO CONFIRM ARBITRATION AWARD; AND ORDER THEREON.**<br><br>Trial Date: None set. |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:**

Counsel for Plaintiff  HOBBS CONTAINER COMPANY, INC. ("<u>Plaintiff</u>") and

1

STIPULATION TO CONTIUE HEARING AND EXTEND FILING DEADLINES; [PROPOSED] ORDER THEREON

counsel for defendant SORMA USA LLC ("Defendant"), stipulate and agree to the following:

1. WHEREAS, Defendant SORMA USA LLC's Motion to Confirm Arbitration Award is presently set to be heard on February 23, 2016, at 1:30 p.m.;

2. WHEREAS, the parties are diligently continuing their efforts to resolve the outstanding disputes between them; and

3. WHEREAS, in the interest of judicial efficiency and economy, and in order to allow the parties to continue engaging in settlement discussions, the parties have agreed to continue the hearing on Defendant's Motion to Confirm Arbitration Award to March 8, 2016 at 1:30 p.m., with Plaintiff's opposition papers to be filed on or before February 19, 2016 and Defendant's Reply papers to be filed on or before February 26, 2016;

IT IS SO STIPULATED.

DATED: February 8, 2016                MASSERAT LAW GROUP

                                       By: /s/ Sassan Masserat

                                       Sassan Masserat, Esq.
                                       Attorneys for Defendant SORMA USA LLC

DATED: February 8, 2016                LAW OFFICE OF KENTON J. KLASSEN

                                       By: /s/ Kenton J. Klassen

                                       Kenton J. Klassen, Esq.
                                       Attorneys for Plaintiff HOBBS
                                       CONTAINER COMPANY, INC.

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

1. SORMA USA LLC's pending motion to confirm arbitration award is

continued from February 23, 2016 to March 8, 2016 at 1:30 p.m.; and

2. Plaintiff's papers in opposition to the motion to confirm arbitration award shall be filed on or before February 19, 2016 and Defendant's reply papers shall be filed on or before February 26, 2016.

DATED:  2/9/2016

/s/ John A. Mendez

United States District Court Judge