SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile:  (310) 943-2315

Attorneys for Defendant
SORMA USA LLC

KENTON J. KLASSEN, SBN 124118
**LAW OFFICE OF KENTON J. KLASSEN**
8050 North Palm, Suite 300
Fresno, CA  93711
Telephone: (559) 389-5080
Facsimile:  (559) 389-5900
kklassenlaw@gmail.com

Attorney for Plaintiff HOBBS CONTAINER COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| HOBBS CONTAINER COMPANY, INC., a California Corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>SORMA USA LLC, a Nevada Limited Liability Company; SORMA USA INC., a California Corporation; ANDREA MERCADINI, DIEGO TAPPARELLI, and DOES 1 through 500, inclusive,<br><br>    Defendants. | **CASE NO. 1:14-CV-01783—JAM-BAM**<br>Assigned to Courtroom #6<br>Hon. John A. Mendez<br><br>**STIPULATION TO CONFIRM CASE IS DISMISSED WITH PREJUDICE; ORDER THEREON.**<br><br>Trial Date: None set. |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:**

Counsel for Plaintiff  HOBBS CONTAINER COMPANY, INC. ("Plaintiff") and counsel for defendant SORMA USA LLC ("Defendant"), stipulate and agree to the following:

1. WHEREAS, the above-titled case has been settled; and

2. WHEREAS, the parties want to confirm that the case has been dismissed with prejudice as and between all parties herein, namely: Hobbs Container Company, Inc., Sorma USA, LLC, a Nevada Limited Liability Company, Sorma USA, Inc., a California corporation, Andrea Mercadini and Diego Tapparelli and also to confirm that the caption used in the dismissal of this case is correct;

3. The parties agree that this case, upon the Court's order, shall be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: March 14, 2016                      MASSERAT LAW GROUP

                                           By: /s/ Sassan Masserat

                                           Sassan Masserat, Esq.
                                           Attorneys for Defendant SORMA USA LLC

DATED: March 11, 2016                      LAW OFFICE OF KENTON J. KLASSEN

                                           By: /s/ Kenton J. Klassen

                                           Kenton J. Klassen, Esq.
                                           Attorneys for Plaintiff HOBBS
                                           CONTAINER COMPANY, INC.

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,**

1. That case No. 1:14:CV-01783-JAM-BAM is hereby dismissed WITH PREJUDICE.

DATED: March 16, 2016

                                           /s/ John A. Mendez_____
                                           Hon. John A. Mendez
                                           United States District Court Judge